IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANA ISAID,

          Plaintiff,

     v.

MCNEIL-PPC, INC.
AND DOES 1 TO 10,

          Defendants.

NO. C11-6633 TEH

ORDER

At the case management conference held by telephone on September 10, 2012, the Court orally issued an Order to Show Cause why sanctions should not be imposed on Plaintiffs' counsel, Mark P. Meuser, for failing to appear at the scheduled time. Upon consideration of the declaration submitted by Plaintiffs' counsel in response to the Court's Order, and with good cause appearing, the Court hereby VACATES the September 10, 2012 Order to Show Cause.

**IT IS SO ORDERED.**

Dated: 9/24/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT