Mark P. Meuser, SBN 231335
Meuser Law Group, Inc.
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656

Attorney for Plaintiff
Lana Isaid

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA ISAID<br><br>    Plaintiff,<br><br>Vs.<br><br>MCNEIL-PPC, INC AND DOES 1 TO 10,<br><br>    Defendants. | Case No.: CV 11 6633 TEH<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)** |

WHEREAS, the undersigned parties have executed a Settlement Agreement and Mutual General Release; and

WHEREAS, Defendant McNEIL-PPC, Inc. has paid to Plaintiff LANA ISAID a confidential settlement sum pursuant to the Settlement Agreement and Mutual General Release;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed with prejudice, each party to bear its own costs.

///
///
///
///

1

Status Report

IT IS SO STIPULATED.

Dated: February 22, 2013     DRINKER BIDDLE & REATH LLP

By: /s/ *Sally F. White*
    Sally F. White

Attorneys for Defendant

Dated: February 22, 2013     MEUSER LAW GROUP, INC.

By: /s/ Mark P. Meuser
    Mark P. Meuser

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____02/22_____, 2013    _____
The Honorable Thelton E. Henderson
JUDGE OF THE UNITED STATES
DISTRICT COURT

*[Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson]*

2

Status Report